**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
-------------------------------------------------------------X    Case #: **2:19-cv-09071-KM-JBC**

**KATHY LAFORTUNE**

Plaintiff                                                                        **NOTICE OF APPEARANCE**

--against—

**FRANKLIN CREDIT MANAGEMENT**
**CORPORATION**

-------------------------------------------------------------X

      Please take notice that the undersigned is admitted to practice in this Court, and hereby appears as co-counsel of record for Plaintiff.

Dated: Kew Gardens, NY
       May 3, 2019

/s/ Andreas E. Christou, Esq.
Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLP
*Counsel for Plaintiff*
80-02 Kew Gardens Road, Suite 600
Kew Gardens, NY 11415
718-263-6800
achristou@abzlaw.com
