STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NEW JERSEY 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KATHY LAFORTUNE<br><br>Plaintiff<br><br>v.<br><br>FRANKLIN CREDIT MANAGEMENT CORPORATION<br><br>Defendant(s) | Civil Action Number: 2:19-cv-09071-KM-JBC<br><br>**STIPULATION EXTENDING TIME TO ANSWER COMPLAINT** |

It is hereby stipulated and agreed by and between Plaintiff Kathy Lafortune, and Defendant Franklin Credit Management Corporation, acting through their duly authorized counsel, that the time to Answer the Complaint is hereby extended until July 1, 2019.

Shiryak, Gill & Kadochnikov, LLP                                    Stern & Eisenberg, PC

By: */s/Alexander Kadochnikov*                                    By: */s/ Salvatore Carollo, Esq.*
    Alexander Kadochnikov, Esq.                                         Salvatore Carollo, Esq.
    125-10 Queens Blvd., Ste. 311                                        1040 N. Kings Highway, Ste. 407
    Kew Gardens, NY 11415                                                Cherry Hill, NJ 08034

So Ordered:

_____
Hon. James B. Clark, III, USMJ